UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ASTEROID PTY LTD.,

           Plaintiff,

   -against-

TRE LAB, LLC, ET AL,

           Defendants.

**ORDER OF DISMISSAL**

11 Civ. 4229(PGG)

PAUL G. GARDEPHE, U.S.D.J.:

      The Court having been advised that all claims asserted herein have been settled, it is ORDERED, that the above-entitled action be, and hereby is, dismissed with prejudice but without costs; provided, however, that if the settlement is not consummated within thirty days of this order, any party may apply by letter within the thirty-day period for restoration of the action to the calendar of the undersigned, in which event the action will be restored. Any pending motions are moot.

Dated: New York, New York
      May 8, 2012

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/10/12
```