# LYNN & CAHILL LLP

radelman@lynncahill.com

June 8, 2012

**BY FAX (212) 805-7986**

Hon. Paul G. Gardephe
United States District Judge
United States Courthouse
500 Pearl Street, Room 920
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/13/12
```

Re: Asteroid Pty. Ltd. v. TRE Lab, LLC, et al. 11-CV-4229 (PGG)

Dear Judge Gardephe:

The 30-day Order entered by the Court on May 10, 2012 in contemplation of settlement will expire this Monday. The parties are very close to reaching a final agreement but may not be able to execute the agreement by Monday for various logistical reasons, including the plaintiff's location in Australia. Accordingly, the parties respectfully request that the Court extend the order by an additional 30 days.

Respectfully yours,

Ronald W. Adelman

cc: E. Cooke Rand, Esq. (by e-mail)

**MEMO ENDORSED**

**The Application is granted.**

**SO ORDERED:**

Paul G. Gardephe, U.S.D.J.

Dated: June 12, 2012

58 West 40th Street, New York, NY 10018 | T 212-719-4400 F 212-719-4440 | www.lynncahill.com